# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MAKIN S. WALI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:14CV3087** |
| | ) | |
| V. | ) | |
| | ) | |
| **LINDSAY CORPORATION,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Plaintiff has filed a motion requesting an extension of the discovery deadlines in this case. (Filing 25.) Plaintiff's motion does not indicate whether his counsel actually conferred with defense counsel regarding the requested extension, nor does the motion provide proposed dates for an amended discovery schedule.

For these reasons,

**IT IS ORDERED** that Plaintiff's Motion to Extend Discovery Deadlines (filing 25) is denied without prejudice to reassertion following a meet and confer conference between counsel to discuss the desired extension, including a discussion of proposed extension dates. If counsel can reach an agreement regarding this matter, they shall jointly submit a proposed progression schedule. The parties shall confer within seven (7) days of this Order.

**DATED June 19, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**