# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAKIN S. WALI,<br><br>                           Plaintiff,<br><br>vs.<br><br>LINDSAY CORPORATION,<br><br>                           Defendant. | 8:14CV3087<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Joint Stipulation and Motion to Dismiss (Filing No. 39). The Joint Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Parties will pay their own costs. Accordingly,

IT IS ORDERED:

1. The Parties' Joint Stipulation and Motion to Dismiss (Filing No. 39) is approved;
2. The above-captioned action is dismissed with prejudice; and
3. The Court will not assess costs or attorney's fees.

Dated this 15th day of October, 2015

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge